**FIRST DIVISION**
**PHIPPS, P. J. and MCMILLIAN, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**June 15, 2016**

# In the Court of Appeals of Georgia

A14A1934. KLIESRATH et al. v. ESTATE OF DAVIS.

PHIPPS, Presiding Judge.

In *Kliesrath v. Estate of Davis,*[1] the Supreme Court of Georgia vacated our decision in *Kliesrath v. Estate of Davis,*[2] determining that we did not have jurisdiction of the appeal. Accordingly, we adopt the opinion of the Supreme Court as our own and dismiss the appeal.

*Appeal dismissed. Ellington, P. J., and McMillian, J., concur.*

---

[1] *Kliesrath v. Estate of Davis*, __ Ga. __ (Case No. S15G1206, decided Apr. 26, 2016).

[2] See *Kliesrath v. Estate of Davis*, 331 Ga. App. XXIV (March 30, 2015) (unpublished).